## SUPREME COURT—JANUARY TERM, 1876.

*Harris and Judd, J. J.*

### KANE (W.) AND HUSBAND *vs.* JANSON PERRY.

WHERE a Royal Patent grants land to "K. for M.", the heir of K.
cannot recover in ejectment against the heir of M.

#### OPINION BY HARRIS, J.

The plaintiff sets forth that she is entitled to one undivided
half of the real estate described in her complaint, for an
estate of inheritance in fee simple, as the sister of Kamaha
and Maraea, and one of the heirs at law of Palekaluhi and
Maraea deceased; and a royal patent is filed consequent upon
land commission award No. 6175, which award was made
the 8th of January, 1855, and awards the property to
"Kamaha for Maraea." The defendant files a plea in bar,
and among other things sets forth that he holds under a deed
from Palekaluhi, dated September 15th, 1871, and that Pale-
kaluhi was the sole son and heir of Maraea mentioned in the
award and royal patent.

The plaintiff in his reply to the defendant's plea, does not
admit or deny that this Palekaluhi is the only son of Maraea,
and this is a proper question for the jury; if she chooses to
submit it to a jury, for it may well be that if the proof that
Palekaluhi is, or was, the son of Maraea, should fail, the
plaintiff might be shown to be her sister, and therefore heir.

There are not therefore sufficient facts admitted by the
pleadings to enable us to sustain the plea in bar; it is there-
fore overruled. The point made by defendant on the war-
ranty of Palekaluhi, we do not regard as tenable; the jury
will however be directed that if Palekaluhi was the only son

of Maraea, the plaintiff cannot recover; for even admitting that Kamaha was trustee for Maraea, the trustee or his heirs could not eject Maraea or her heirs or assigns from the occupation of the land, since he held only for her and her heirs.

We distinguish this case from that of Cluney et al. *vs.* Namauu, (July term, A. D. 1875).

J. P. Green for plaintiffs.

A. S. Hartwell for defendant.

Honolulu, January 18th, 1876.